UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RUDDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOLA, INC. *et al.*,<br><br>    Defendants. | Case No.: 12-CV-02087 YGR<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference set for October 1, 2012 is hereby **VACATED**. All other deadlines remain unchanged.

**IT IS SO ORDERED**.

Date: September 27, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE