1  TODD J. WENZEL (SBN 158880)
2  DEVIN C. COURTEAU (SBN 197505)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 500
   Redwood City, CA  94063-2052
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  Email:        twenzel@rmkb.com

6  Attorneys for Defendants,
   YOLA, INC. and VINNY LINGHAM
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LOW   INCOME IMMIGRATION        | CASE NO.  4:12-CV-02087-YGR
   | ASSISTANCE, INC., and WAYNE
12 | RUDDER,                         | **STIPULATED REQUEST FOR
                                     | DISMISSAL AND PROPOSED ORDER**
13 |              Plaintiffs,        |

14 | v.                              |

15 | YOLA, INC., and VINNY LINGHAM,  |

16 |              Defendants.        |

17

18  / /
19  / /
20  / /
21  / /
22  / /
23  / /
24  / /
25  / /
26  / /
27  / /
28  / /

RC1/6960150.1/TJW

STIPULATED REQUEST FOR DISMISSAL AND
PROPOSED ORDER
CASE NO. 4:12-CV-02087-YGR

IT IS HEREBY STIPULATED by and between Plaintiffs Low Income Immigration Assistance, Inc., and Wayne Rudder, and Defendants Yola, Inc., and Vinny Lingham that the above-entitled action be dismissed with prejudice.

Dated: May 24, 2013                     WAYNE RUDDER, Pro Se

By: /s/ Wayne Rudder
Wayne Rudder, Pro Se
On behalf of Plaintiffs
LOW INCOME IMMIGRATION
ASSISTANCE, INC., and WAYNE
RUDDER.

Dated: May 24, 2013                     ROPERS, MAJESKI, KOHN & BENTLEY.

By: /s/ Todd J. Wenzel
TODD J. WENZEL
DEVIN C. COURTEAU
Attorneys for Defendant,
YOLA, INC., and VINNY LINGHAM

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE